UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WILLIAM J. MCCONNELL,

    Plaintiff,

v.                                    Case No: 2:17-cv-540-FtM-29CM

GENERAL ELECTRIC
COMPANY,

    Defendant.

## ORDER

This matter comes before the Court upon review of the parties' Joint Motion to Extend Deadlines for 90 Days (Doc. 10) filed on October 24, 2017. Defendant seeks a ninety (90) day extension, up to and including January 24, 2018 to respond to Plaintiff's Complaint (Doc. 1). Doc. 10 ¶ 6. The parties also request a 90-day extension, up to and including February 5, 2018, to meet in person to prepare a Case Management Report. *Id.* As grounds, the parties state that they have agreed to participate in mediation and that should the mediation be successful, Plaintiff will voluntarily dismiss this action. *Id.* at ¶ 5. The parties also note the upcoming holidays in support of their joint motion. *Id.* at ¶ 6. Given the parties' representations, the Court finds good cause to grant the requested extension.

ACCORDINGLY, it is hereby

**ORDERED:**

Joint Motion to Extend Deadlines for 90 Days (Doc. 10) is **GRANTED**. Defendant shall have up to and including **January 24, 2018** to respond to Plaintiff's Complaint. The parties shall have up to and including **February 5, 2018** to meet in person to prepare a Case Management Report.

**DONE** and **ORDERED** in Fort Myers, Florida on this 30th day of October, 2017.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record